**Dennis Roger VANDYKE,**
**Plaintiff–Appellant,**

v.

**Lacy THORNBURG, Judge; Rick Foster, Attorney; Scott Aldridge, Probation Officer; J.R. Davis, Police Officer, Defendants–Appellees.**

No. 06–7456.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2007.

Decided: April 27, 2007.

Dennis Roger Vandyke, Appellant Pro Se.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Roger Vandyke appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Vandyke v. Thornburg,* No. 1:06–cv–00200 (W.D.N.C. filed June 28, 2006 & entered June 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*